UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-30203-MAP

| | |
|---|---|
| DANIEL CONSTANTINE AND EASTHAMPTON FIREFIGHTERS UNION, LOCAL 1876, INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, Plaintiffs | ) ) ) ) ) |
| vs. | ) ) |
| CITY OF EASTHAMPTON, MASSACHUSETTS and MICHAEL TAUTZNIK, Individually and in his capacity as Mayor of the City of Easthampton, Massachusetts, Defendants | ) ) ) ) ) |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the defendants, CITY OF EASTHAMPTON AND MICHAEL TAUTZNIK, in the above-captioned case.

THE DEFENDANTS,
CITY OF EASTHAMPTON AND
MICHAEL TAUTZNIK

By  */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 544402

## CERTIFICATE OF SERVICE

I, Nancy Frankel Pelletier, Esq., hereby certify that on this 11th day of October, 2005, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel Harold L. Lichten, Esq., and Leah Barrault, Esq., of Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C., 18 Tremont Street, Suite 500, Boston, MA 02108.

Subscribed under the penalties of perjury.

  */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq.

411091