# United States District Court

DISTRICT OF MASSACHUSETTS

DANIEL CONSTANTINE and EASTHAMPTON
FIRE FIGHTERS UNION, LOCAL 1876,
INTERNATIONAL ASSOCIATION OF FIREFIGHTERS,
                            Plaintiffs

V.

CITY OF EASTHAMPTON, MASSACHUSETTS
and MICHAEL TAUTZNIK, Individually
and in his capacity as Mayor of the
City of Easthampton, Massachusetts,
                            Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**05-30203-MAP**

TO: (Name and address of defendant)

City of Easthampton, Massachusetts
50 Payson Avenue
Easthampton, MA 01027

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Harold L. Lichten
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan
18 Tremont St., Ste. 500
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___TWENTY (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**
CLERK

DATE  9/14/05

_____
(BY) DEPUTY CLERK

O 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|

**Office of the Sheriff** • P.O. Box 684 • Northampton, MA 01061 • 585-0618
*Hampshire, ss.*

September 22, 2005

I hereby certify and return that on 9/21/2005 at 11:45 AM I served a true and attested copy of the SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to BARBARA LABOMBARD, CLERK FOR CITY OF EASTHAMPTON, MASSACHUSETTS at 50 PAYSON AVENUE, EASTHAMPTON, MA 01027 TOWN CLERK. In the service hereof, it was necessary and I actually used a motor vehicle 12 miles. BASIC SERVICE IN HAND ($30.00), Conveyance ($1.80), Travel ($10.24), Copies ($2.00), Attest ($5.00) Total Charges $49.04

*George A. Symbrowski*
**Deputy Sheriff**

Deputy Sheriff GEORGE SYMBORSKI

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                      Signature of Server

                                        _____
                                        Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.