UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
DANIEL CONSTANTINE and EASTHAMPTON   )
FIREFIGHTERS UNION, LOCAL 1876,     )
INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, ) USDC Case No:
     Plaintiffs                     )   05-CV-30203
                                    )
v.                                  )
                                    )
CITY OF EASTHAMPTON, MASSACHUSETTS  )
and MICHAEL TAUTZNIK, Individually and in his )
capacity as Mayor of the City of Easthampton, )
Massachusetts,                      )
          Defendants                )
_____)

**NOTICE OF APPEARANCE**

Please enter the appearance of Leah M. Barrault as attorney for Plaintiffs, in the above-captioned matter. Harold L. Lichten will remain as counsel for Plaintiffs.

Respectfully submitted,

DANIEL CONSTANTINE AND
EASTHAMPTON FIREFIGHTERS UNION,
LOCAL 1876, INTERNATIONAL
ASSOCIATION OF FIREFIGHTERS,
By their attorneys,

Dated: November 10, 2005

s/Leah M. Barrault
Leah Barrault, BBO #661626
Pyle, Rome, Lichten, Ehrenberg &
 Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

## CERTIFICATE OF SERVICE

This is to certify that on November 10, 2005, a copy of the foregoing document was served upon all counsel of record in the above captioned matter by first-class mail.

s/Leah M. Barrault<br>
Leah M. Barrault