UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DANIEL CONSTANTINE and EASTHAMPTON FIREFIGHTERS UNION, LOCAL 1876, INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, <br>    Plaintiffs <br><br> v. <br><br> CITY OF EASTHAMPTON, MASSACHUSETTS and MICHAEL TAUTZNIK, Individually and in his capacity as Mayor of the City of Easthampton, Massachusetts, <br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**PLAINTIFF'S CERTIFICATION OF COMPLIANCE
<u>WITH LOCAL RULE 16.1(D)(3)</u>**

Plaintiff and its attorneys hereby affirm that we have conferred in accordance with Local Rule 16.1(D)(3) and discussed the potential costs of conducting this litigation and alternative means of dispute resolution.


   s/Constantine             s/Harold L. Lichten      
Daniel Constantine   Harold L. Lichten, BBO #549689
    Leah Barrault, BBO #661626
    Pyle, Rome, Lichten, Ehrenberg &
       Liss-Riordan, P.C.
    18 Tremont St., Ste. 500
    Boston, MA 02108
    (617) 367-7200



Date: December 5, 2005   Date: December 5, 2005