UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DANIEL CONSTANTINE and EASTHAMPTON FIREFIGHTERS UNION, LOCAL 1876, INTERNATIONAL ASSOCIATION OF FIREFIGHTERS,<br>        Plaintiffs<br><br>v.<br><br>CITY OF EASTHAMPTON, MASSACHUSETTS and MICHAEL TAUTZNIK, Individually and in his capacity as Mayor of the City of Easthampton, Massachusetts,<br>        Defendants | **Civil Action.:**<br>**05-30203-MAP** |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Counsel for the parties to the above-captioned matter conferred on December 7, 2005, and now file this joint statement pursuant to Local Rule 16.1(d) and the Court's Notice of Rescheduling Scheduling Conference dated November 8, 2005.

**I.  Proposed Pretrial Schedule:**

    **A.  Proposed Automatic Disclosure Date:**

The parties shall complete all automatic disclosure by January 28, 2006.

    **B.  Defendant's Proposed Amendments to Pleadings:**

All amendments to the pleadings shall be completed by February 28, 2006.

    **C.  Discovery:**

The parties agree that all discovery shall be limited in accordance with Fed. R. Civ. P. 26(b) and Local Rule 26.1(c).

### 1. Plaintiff's proposed discovery:

All discovery, including written, expert, and non-expert discovery, will be completed no later than August 30, 2006.

### 2. Defendant's proposed discovery:

All written discovery shall be served by May 31, 2006.

All non-expert depositions shall be completed by October 30, 2006.

Plaintiff shall designate and disclose their experts per Rule 26 no later than December 30, 2006.

Defendants shall designate and disclose information regarding their trial experts as required by Fed.R.Civ.P. 26(a)(2) by January 31, 2007.

All expert depositions shall be completed no later than February 28, 2007.

## D.   Motions:

### 1. Plaintiff:

The Plaintiff proposes that any dispositive motions will be filed no later than September 30, 2006.

### 2. Defendant:

The Defendant proposed that any dispositive motions will be filed no later than April 28, 2007, or as decided during a status conference at the completion of the parties' discovery.

## II.   Trial by Magistrate Judge

The plaintiff consents to trial by a Magistrate Judge.

## III.   Certifications

The parties will file their respective certifications pursuant to Local Rule 16.1(d)(3) under separate cover.

## IV.  Settlement Proposal

Pursuant to Local Rule 16.1(c), Plaintiff submitted a written settlement proposal to Defendant on December 5, 2005.

Respectfully submitted,

| FOR DEFENDANT<br>CITY OF EASTHAMPTON,<br>MICHAEL TAUTZNIK | FOR PLAINTIFF<br>DANIEL CONSTANTINE AND<br>EASTHAMPTON FIREFIGHTERS<br>UNION, LOCAL 1876, INTERNATIONAL<br>ASSOCIATION OF FIREFIGHTERS, |
|---|---|
| /s/ Nancy Frankel Pelletier<br>Nancy Frankel Pelletier, Esq.<br>BBO # 544402<br>Robinson Donovan, P.C.<br>1500 Main Street, Suite 1600<br>Springfield, Massachusetts 01115<br>(413) 732-2301 | /s/ Harold L. Lichten<br>Harold L. Lichten, Esq.<br>BBO #549689<br>Leah Barrault, BBO #661626<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.<br>18 Tremont St., Ste. 500<br>Boston, MA 02108<br>(617) 367-7200 |
| Dated: December 7, 2005 | Dated: December 7, 2005 |