UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL CONSTANTINE and ) <br> EASTHAMPTON FIREFIGHTERS ) <br> UNION, LOCAL 1876, ) <br> INTERNATIONAL ASSOCIATION ) <br> OF FIREFIGHTERS, ) <br>     Plaintiffs ) <br> ) <br>     v. ) <br> ) <br> ) <br> ) <br> CITY OF EASTHAMPTON, ) <br> MASSACHUSETTS and MICHAEL ) <br> TAUTZNIK, Individually and in his ) <br> capacity as Mayor of the City of ) <br> Easthampton, Massachusetts, ) <br>     Defendants ) | Civil Action No. 05-30203-MAP |

<u>SCHEDULING ORDER</u>
December 13, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by January 28, 2006.

2. Amendments to the pleadings shall be completed by February 28, 2006.

3. All written discovery shall be served by March 31, 2006.

4. Non-expert depositions shall be completed by September 29, 2006.

5. Counsel shall appear for a case management conference on October 11,

2006, at 11:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

DATED: December 13, 2005

      /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge