UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-30203-MAP

| | |
|---|---|
| DANIEL CONSTANTINE AND EASTHAMPTON FIREFIGHTERS UNION, LOCAL 1876, INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, Plaintiffs | )<br>)<br>)<br>)<br>) |
| vs. | )<br>) |
| CITY OF EASTHAMPTON, MASSACHUSETTS and MICHAEL TAUTZNIK, Individually and in his capacity as Mayor of the City of Easthampton, Massachusetts, Defendants | )<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the defendants, CITY OF EASTHAMPTON AND MICHAEL TAUTZNIK, in the above-captioned case.

THE DEFENDANTS,
CITY OF EASTHAMPTON AND
MICHAEL TAUTZNIK

By   /s/ Patricia M. Rapinchuk
Patricia M. Rapinchuk, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 556149

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 22, 2006.

   /s/ Patricia M. Rapinchuk
Patricia M. Rapinchuk, Esq.

420771