UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30203-MAP

| | |
|---|---|
| DANIEL CONSTANTINE and<br>EASTHAMPTON FIREFIGHTERS UNION,<br>LOCAL 1876, INTERNATIONAL<br>ASSOCIATION OF FIREFIGHTERS,<br>    Plaintiffs<br><br>vs.<br><br>CITY OF EASTHAMPTON, MASSACHUSETTS<br>and MICHAEL TAUTZNIK, Individually and in<br>his capacity as Mayor of the City of Easthampton,<br>Massachusetts,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my withdrawal of appearance on behalf of the Defendants, City of Easthampton, Massachusetts and Michael Tautznik, in the above-captioned matter.

    THE DEFENDANTS
    CITY OF EASTHAMPTON,
    MASSACHUSETTS and MICHAEL
    TAUTZNIK, Individually and in his
    capacity as Mayor of the City of
    Easthampton, Massachusetts


    By    */s/ Nancy Frankel Pelletier*
    Nancy Frankel Pelletier, Esq., of
    Robinson Donovan, P.C.
    1500 Main Street, Suite 1600
    Springfield, Massachusetts 01115
    Phone (413) 732-2301  Fax (413) 785-4658
    BBO No.:  544402
    npelletier@robinson-donovan.com

424860

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 14, 2006.

                                      */s/ Nancy Frankel Pelletier*
                                      Nancy Frankel Pelletier, Esq.

424860