# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL CONSTANTINE and EASTHAMPTON FIREFIGHTERS UNION, LOCAL 1876, INTERNATIONAL ASSOCIATION OF FIREFIGHTERS,<br>　　　　Plaintiffs<br><br>v.<br><br>CITY OF EASTHAMPTON, MASSACHUSETTS and MICHAEL TAUTZNIK, Individually and in his capacity as Mayor of the City of Easthampton, Massachusetts,<br>　　　　Defendants | USDC Case No:<br>05-CV-30203 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties to the above-captioned action stipulate that the above-captioned action is hereby dismissed with prejudice. The parties waive all rights of appeal and agree that they shall bear their own costs except as agreed to by the parties.

Respectfully submitted,

Respectfully submitted,

| FOR DEFENDANT<br>CITY OF EASTHAMPTON,<br>MICHAEL TAUTZNIK | FOR PLAINTIFF<br>DANIEL CONSTANTINE AND<br>EASTHAMPTON FIREFIGHTERS UNION,<br>LOCAL 1876, INTERNATIONAL<br>ASSOCIATION OF FIREFIGHTERS, |
|---|---|
|   /s/ Patricia Rapinchuk<br>Patricia Rapinchuk, Esq.<br>Robinson Donovan, P.C.<br>1500 Main Street, Suite 1600<br>Springfield, Massachusetts 01115<br>(413) 732-2301 |   /s/ Leah Marie Barrault<br>Harold L. Lichten, Esq.<br>Leah Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.<br>18 Tremont St., Ste. 500<br>Boston, MA 02108<br>(617) 367-7200 |

Dated: January 17, 2007

Case 3:05-cv-30203-MAP    Document 17    Filed 01/17/2007    Page 2 of 2